CH-71-CA 73

CIVIL DOCKET

UNITED STATES DISTRICT COURT

Jury demand date:

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| ESSO RESEARCH AND ENGINEERING COMPANY,<br><br>VS<br><br>NOVAMONT CORPORATION, | For plaintiff:<br><br>Paul N. Bowles<br><br><br><br>For defendant:<br><br>Jackson N. Huddleston<br>900 First Huntington National Bank Bldg.<br>Huntington, W. Va. 25722 |

| STATISTICAL RECORD | COSTS | | | DATE 1971 | NAME OR RECEIPT NO. | REC. | | DISB. | |
|---|---|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | 3/26 | 56531 | 15 | 00 | | |
| s | | | | 3-31 | U.S.Dep. #28 | | | 15 | 00 |
| J.S. 6 mailed | Marshal | | | | | | | | |
| Basis of Action: | Docket fee | | | | | | | | |
| | Witness fees | | | | | | | | |
| Action arose at: | Depositions | | | | | | | | |

Case 2:71-cv-00073   Document 1   Filed 03/26/71   Page 2 of 2 PageID #: 2

FPI MI—10-24-69-20M-4125

| DATE 1971 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| Mar. 26 | Filed Complaint | |
| 26 | Issued summons and two copies        (Ret. 20 days) | |
| 26 | Filed Marshal's returns on summons      (served on State Auditor) | |
| Apr. 9 | Order extending time for defendant to answer to and including May 17, 1971    (COB 27, P.      ) | |
| 16 | Filed Defendant's Notice to Take Depositions, with certificate of service | |
| May 12 | Order approving stipulation of counsel and extending time for defendant to file answer to and including June 1, 1971                (C.O.B. 27, P.        ) | |
| June 1 | Filed Answer of defendant with Counterclaim for delcaratory judgment and certificate of service | |
| 7 | Filed plaintiff's reply to counterclaim of defendant, with certificate of service | |
| 16 | Filed Notice of motion, with certificate of service thereon, and attached motion of defendant to transfer case to Huntington Docket | |
| June 29 | Filed defendant's first request for production of documents and things for inspection and copying, with certificate of service | |
| 29 | Filed defendant's first set of interrogatories to plaintiff, with certificate of service | |
| July 13 | Order, granting motion of defendant and transferring to Huntington docket;  all papers and pleadings transferred to Huntington clerk.    (C.O.B. 28, P.      ) | Knapp |
| 13 | Received plaintiff's memorandum in opposition to defendant's motion to transfer action to Huntington docket. | |
| July 15 | Received letter from defense counsel in reply to defendant's brief. | |